# Exhibit 2
## Naomi Mizuhara Letter

Honorable Judge John W. Holcomb

Nice to meet you. My name is Naomi Mizuhara, the wife of Ippei Mizuhara. I met him in Japan in 2014, and after moving to the United States, we got married.

We lived together and shared our lives even before moving to the U.S. My husband began working as an interpreter for a professional baseball team in Japan in 2013, and in 2018, he moved to the U.S. to work as Shohei Ohtani's interpreter. Even when we were in Japan, he tirelessly worked to support the American players by interpreting for them and helping with their day-to-day needs. He also extended his support to their families, and we often went out for meals with the players and their families privately. My husband truly cared for the players like family, ensuring they could focus entirely on baseball without any inconvenience. In return, they trusted and relied on him, and they built wonderful relationships.

His level of support remained unchanged, if not greater, when he worked for the Angels and Shohei Ohtani. When Shohei asked him to handle everything by himself upon moving to the U.S., my husband committed himself wholeheartedly to fulfilling that request. He worked tirelessly out of his love for baseball, his admiration for Shohei Ohtani, and his desire to see Shohei succeed. Even when he wasn't feeling well, he never took a day off and continued to support Shohei. I believe he constantly felt the pressure of having to handle everything on his own. The level of busyness and responsibility he endured is something unimaginable for a lot of people.

He often sacrificed sleep, organizing data at home, communicating with Shohei's contacts, and taking care of various tasks both before and after work. Beyond that, he managed countless responsibilities single-handedly. I deeply respect his passion and dedication to his work.

Due to visa issues, I could not obtain my Green Card until 2023, so I traveled back and forth between Japan and the U.S., spending most of the time apart from my husband. During this time, my family in Japan passed away, our pet dog died while I was unable to return to the U.S., and the stress of being unable to return due to visa problems caused me to lose my hearing and develop alopecia areata. I became emotionally unstable, but even during his busy work schedule, my husband supported me. Despite the time difference, he reduced his sleep to call me, worked to expedite my visa process, and researched treatment options and hospitals for me. Thanks to his support, I was able to endure those hardships. When I finally got to live in the U.S., he always provided me with a safe and comfortable environment, allowing me to live without anxiety.

My husband prioritizes others over himself and helps people, even at his own expense. This has been true not only with his work but also with his family and everyone around him. He values his family greatly.

At work, he introduced job opportunities to others and negotiated to ensure they received fair compensation. He cared for the younger team staff and encouraged players struggling with their performance by sending supportive messages. He stayed in touch with Japanese players and answered their questions about American training methods. He was always working to improve the lives of those around him.

I've often seen him helping people who sought his support. When I asked him why he went so far to help others, he simply said, "If someone relies on me, I just want to do what I can to help." His actions reflect his respect and care for others.

My husband is someone who can love and support others without expecting anything in return. I believe many people have been helped by him, myself included.

I have lost my parents and other family members. My husband is my only family. Since we met, we have faced difficult times and happy moments together. Losing him is the most painful thing I can imagine. His parents, who only have him as their child, also love him dearly. They are a wonderful, kind, and close-knit family filled with love. Our only wish is for our family to be together.

My husband made a mistake, and I understand that it is something that cannot be excused. However, he did not commit his wrongdoing for selfish or indulgent reasons. I believe he was not in a sound state of mind at the time. His work is more demanding than most can imagine, and even as he reached the limits of his physical and mental strength, he continued to protect and support our family. I deeply regret not being able to support him or notice his struggles during that time.

The man my husband truly is would never deceive or hurt others. He is a kind and compassionate person. I am confident that he will never make the same mistake again. He is facing his actions and reflecting deeply on them.  My dream is to one day have a child with him and maybe even a small private wedding.

I hope that Your Honor will consider my husband's life and circumstances, even just a little.

Thank you for taking the time to read my letter.

Sincerely,


Naomi Mizuhara