# Exhibit 3
## Hidemasa Mizuhara Letter

Honorable Judge John W. Holcomb,

My name is Hidemasa Mizuhara, and I am Ippei Mizuhara's father.  I have been working as a chef at a Japanese Restaurant for over 45 years.  My family and I came to the United States in 1991, and my son was 6 years old at the time.  At the time, Ippei didn't speak any English so I can't imagine how hard it was for him to adapt to the culture and learn a new language.  He also faced discrimination and racism during his childhood but he stayed strong and fought through it.

First of all, I want to say Ippei is a very kind person, especially to his family and friends.  One of the first things he did with his first salary from his first real job back in the early 2000s was getting us a nice flat screen television.  When our family friend Yasuo Matsuki had a thyroid surgery back in early 2000s, Ippei acted as his interpreter throughout the whole process and spent a few days at the hospital with him as Matsuki's English was not very good.  They still thank him to this day for his efforts.

His grandmother which is my mother lives alone in the northern most island of Hokkaido in Japan.  While Ippei was in Tokyo during the off season of 2019, he invited her to Tokyo and showed her around for a few days.  We know Ippei was busy during the off season with taking care of Shohei so she was very grateful and happy that Ippei took the time to show her around, which was one of her dreams.  She still talks about how that is one of her best memories ever.

His mother got into a bad accident and was hit by a car 3 years ago.  She needed leg surgery and during the hard times, Ippei would regularly bring us groceries and find time to take her to the rehabilitation centers.  Those were a huge help to us and we still thank him for it.

Ippei would regularly invite his friends and family to Angels baseball games and would let us go see the practices and batting practice with special passes.  He always looked out for his important ones and made sure they were taken care of.

By seeing it first hand, I am positive Ippei's dedication to Shohei was 100% genuine.  He would often talk about how happy he is to see Shohei succeed in baseball.  He not only sacrificed himself, but his time with his family to make sure Shohei is successful on and off the field.

He is our only child and there have been so many times he helped us out.  He is a very important part of our family.  If possible, I wish to be able to continue to see him regularly.  I know that Ippei will have to pay for his mistakes but these mistakes do not define who Ippei really is.  He is a truly kind person and I hope you could consider his life as a whole.

Thank you very much for your time.

Sincerely,

Hidemasa Mizuhara