# Exhibit 4
## Chiharu Mizuhara Letter

Honorable Judge John W. Holcomb

My name is Chiharu Mizuhara, and I am Ippei Mizuhara's mother. I am now retired, but I worked as a nurse in Japan and Unites States for almost 40 years. My family immigrated to the United States for my husband's job in 1991. Ippei was 6 years old at the time.

When we first came to the United States, my son and I had a very hard time with the English language. Ippei's English improved drastically once he started school and he was speaking fluently shortly after. He would always go out of his way to help me out at a young age whenever I had issues with English and was always helpful and supportive of me.

Ippei was very active playing sports from a young age as he spent his grade school days playing on a soccer team. My husband and I would go watch and cheer him on every Saturday and traveled all over California for his tournaments. It was truly fun and priceless time as parents.

When Ippei was working for the Hokkaido Nippon Ham Fighters(professional baseball team in Japan), he appeared on a local TV special that focused on his job as an interpreter. The American players all had high praises for Ippei and all of them said that they would have been lost without his dedication and support. This made me proud as a parent and I'm sure Ippei knew first hand how difficult it was to start a new life in a new country so I felt like he was the perfect fit for the role. I still treasure this TV episode.

I got hit by a car and needed leg surgery 3 years ago. During the tough rehabilitation days, Ippei would go out of his way to order us groceries and different items that helped me get around the house without being able to walk. I am always grateful for my son for always thinking about us.

Ippei would often talk about how happy he is whenever Shohei played well. I can assure you that his dedication to Shohei was real. He always made Shohei his top priority and dedicated his life for him for the past 6-7 years,

He is our only child and we have always been a very close and happy family. The thought of losing our son makes my heart ache everyday. Please don't take him away from us. I fully understand the crime my son has committed, he never meant to hurt anyone directly. No body is perfect. Ippei is always thinking of us and has always been very kind to us.

Thank you very much for your time and consideration.

Sincerely,

Chiharu Mizuhara