UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-CR-00054-JWH |
| Plaintiff, | |
| vs. | **ORDER** |
| IPPEI MIZUHARA, | **UNDER SEAL** |
| Defendant. | |

ORDER

Good cause having been shown, it is hereby **ORDERED** as follows:

1. Defendant Ippei Mizuhara's *ex parte* application to extend his surrender date is **GRANTED**.

2. Defendant Ippei Mizuhara's surrender date is **EXTENDED** to May 12, 2025.

**IT IS SO ORDERED.**

Dated: March 13, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

ORDER